# EXHIBIT A

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| GREGORY A. MIHALKO, and MARY ANN S. MIHALKO, His Wife,<br><br>     Plaintiffs,<br><br>     v.<br><br>THE WALT DISNEY CO., and DISNEY VACATION DEVELOPMENT, INC.,<br><br>     Defendants. | CIVIL DIVISION<br><br>No. GD-17-010946<br><br>**COMPLAINT IN CIVIL ACTION**<br><br>Code 003 – Against Property Owner<br><br>Filed on behalf of Plaintiff,<br>GREGORY A. MIHALKO and<br>MARY ANN S. MIHALKO<br><br>Counsel of Record for this Party:<br><br>John E. Quinn, Esquire<br>Pa. ID No. 23268<br><br>QUINN LOGUE LLC<br>200 First Avenue, Third Floor<br>Pittsburgh, PA 15222<br>(412) 765-3800 |

**NOTICE**

To the within-named
**The Walt Disney Co., & Disney Vacation Development, Inc.**: you ae hereby notified to file a written response to the enclosed **Complaint** within twenty (20) days from service hereof or a default judgement may be entered against you.

QUINN LOGUE

By: _____
    John E. Quinn, Esquire
    Counsel for Plaintiffs

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| GREGORY A. MIHALKO, and MARY ANN S. MIHALKO, His Wife, | CIVIL DIVISION |
| | No. GD-17-010946 |
| Plaintiffs, | |
| v. | |
| THE WALT DISNEY CO., and DISNEY VACATION DEVELOPMENT, INC., | |
| Defendants. | |

## NOTICE

You have been sued in Court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by the attorney and filing in writing with the Court your defenses or objections to the clams set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiffs.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER GO TO OR TELEPHONE THE OFFICE SET FOR BELOW.   THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Lawyer Referral Service
Allegheny County Bar Association
11th Floor, Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
412-261-5555

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| GREGORY A. MIHALKO, and MARY ANN S. MIHALKO, His Wife, | CIVIL DIVISION |
| Plaintiffs, | No. GD-17-010946 |
| v. | |
| THE WALT DISNEY CO., and DISNEY VACATION DEVELOPMENT, INC., | |
| Defendants. | |

## **COMPLAINT IN CIVIL ACTION**

AND NOW, comes Plaintiffs Gregory A. Mihalko and Mary Ann S. Mihalko, by and through their attorneys John E. Quinn, Esquire and Quinn Logue, LLC, and file this Complaint in Civil Action, averring the following in support thereof:

1.     Plaintiffs are Gregory Mihalko and Mary Ann S. Mihalko, husband and wife, adult individuals residing at 3 Briar Cliff Road, City of Pittsburgh, County of Allegheny, State of Pennsylvania 15202.

2.     Defendant The Walt Disney Co. (hereinafter "Walt Disney") is a Florida corporation with its principal place of business located at 1390 Celebration Boulevard, City of Celebration, State of Florida 34747.

3.     At all times pertinent hereto, Defendant Walt Disney was acting by and through its duly authorized agents, servants and/or employees, who were then and there acting within the course of their employment and scope of their authority.

4.      Defendant Disney Vacation Development, Inc. is a corporate subsidiary of Defendant Walt Disney with its principal place of business located at 1390 Celebration Boulevard, City of Celebration, State of Florida 34747.

5.      At all times pertinent hereto Defendant Disney Vacation Development, Inc. was acting by and through its duly authorized agents, servants and/or employees, who were then and there acting within the course of their employment and scope of their authority.

6.      On or about August 5, 2015, Walt Disney was the owner and in possession of a building located at 9250 Island Grover Terrace, City of Vero Beach, State of Florida 32963 and more commonly known as the Vero Beach Resort.

7.      Based upon information and belief, Plaintiffs were business invitees at the aforesaid property.

8.      On or about August 5, 2015, while on vacation, Plaintiff Gregory was a registered guest at the Vero Beach Resort and planned to stay in his guest room for the majority of the day, due to a mild sunburn.

9.      On the aforementioned date, Plaintiffs' guest room sink became clogged or otherwise non-operational and Plaintiff Gregory promptly reported the issue to Vero Beach representatives.

10.      In response to Plaintiff's request, a maintenance employee by the name of Tony was dispatched to Plaintiffs' room to repair the subject sink.

11.      In the process of repairing the sink, the Disney maintenance staff used Arrow Adhesives PVC solvent cement to repair an associated pipe and/or fittings.

12.      Following the aforesaid repair, Plaintiff Gregory was immediately and directly exposed to toxic fumes from the cement.

13.     Directly after the toxic fumes entered the air, the HVAC system in Plaintiffs' room stopped working, thereby compounding Plaintiff Gregory's exposure to the fumes.

14.     In response to the fumes and HVAC in-operation, Disney representatives brought a negative air machine to Plaintiffs' guest room, in an effort to remove the toxic fumes. At this time, Plaintiff Gregory left his guest room and went to lunch.

15.     Upon Plaintiff's return, he noticed the toxic fumes had not yet dissipated. Plaintiffs were relocated to another guest room at this time; however, Plaintiff Gregory had already sustained substantial injuries by the time they were relocated.

16.     As a result of the incident, Plaintiff Gregory suffered severe and debilitating injuries.

### COUNT I – NEGLIGENCE
### *Gregory A. Mihalko v. Defendants*

17.     The allegations contained in Paragraphs 1 through 16 are incorporated herein by reference as though fully set forth.

18.     All of the resultant losses, damages and injuries sustained by Plaintiff were the direct and proximate result of Defendants' negligence, generally and in the following particulars:

    (a)    In failing to employ reasonable skill in the performance of their duties;

    (b)    In failing to warn Plaintiff of the dangers of the cement fumes when Defendants knew or should have known that guests of the Resort, such as Plaintiff, would not observe, appreciate, or fully understand the dangerous conditions associated with such use;

    (c)    In failing to employ proper policies and practices when handling and/or using the toxic chemical;

    (d)    In failing to provide an appropriate ventilation system to remove the toxic chemicals from Plaintiff's room;

(e)     Unreasonably exposing Plaintiff to the toxic fumes;

(f)     In failing to mark or otherwise block access to the areas where the unreasonably dangerous condition existed;

(g)     In failing to use reasonable prudence or care in maintaining Plaintiff's room at the Resort in a safe condition;

(h)     In failing to inspect and/or discover the dangerous condition in Plaintiff's room at the Resort;

(i)     In failing to exercise the judgment, care, and skill of reasonable persons          under          similar          circumstances;

(j)     In permitting Plaintiff's room at the Resort to remain in an unreasonably dangerous, unsuitable and unsafe condition, having actual and/or constructive notice of the dangers posed by the chemical;

(k)     In failing to conduct reasonable inspection and/or testing, directly or through their employees, servants, agents or otherwise, that the subject cement was dangerous to persons exposed to the fumes;

(l)     In failing to timely correct, remedy, repair, and/or eliminate the dangerous condition; and

(m)     In conducting themselves in a negligent, careless and reckless manner.

19.     As a direct and proximate result of the foregoing, Plaintiff contracted a demyelinating disease[1] and suffered severe, disabling, and painful personal injuries to bones, cartilages, ligaments, muscles, nerves and tissues of the body, including, but not limited to: severe scaring and disfigurement; severe spinal damage; damage to the nervous system;

---

[1] "Any condition that results in damage to the protective covering (myelin sheath) that surrounds nerve fibers in your brain and spinal cord. When the myelin sheath is damaged, nerve impulses slow or even stop, causing neurological problems." Jerry W. Swanson, *Demyelinating disease: What can you do about it?*, Mayo Clinic (June 30, 2017), (www.mayoclinic.org/diseases-conditions/multiple-sclerosis/expert-answers/demyelinating-disease/faq-20058521)

dizziness and headaches; shortness of breath; severe pain and suffering; burning of the eyes, nose and throat; and nervousness and shaking, all of which may be permanent.

20.     As a direct and proximate result of the foregoing, Plaintiff has been required to spend various sums of money for medical treatment, and he will require further medical treatment at further cost.

21.     As a further result of the negligence of Defendant, his agents, servants and/or employees, Plaintiff has been and will continue to be unable to perform his normal daily activities for all or some time in the future.

22.     As a further result of the negligence of Defendant, his agents, servants and/or employees, Plaintiff has undergone severe physical pain and mental anguish, and he will continue to endure the same for an indefinite time in the future to his great detriment and loss.

23.     As a further result of the negligence of Defendant, his agents, servants, and/or employees, Plaintiff suffered loss of past and future earnings and earning capacity.

WHEREFORE Plaintiff Gregory A. Mihalko demands judgment in his favor and against Defendants The Walt Disney Co. and Disney Vacation Development, Inc., jointly and severally in an excess of the jurisdictional limits of this Court, plus interests and costs.

## COUNT II – LOSS OF CONSORTIUM
### *Mary Ann S. Mihalko v. Defendants*

24.     The allegations contained in Paragraphs 1 through 23 are incorporated herein by reference as though fully set forth.

25.     As a result of the aforementioned injuries sustained by her husband, Plaintiff Mary Ann S. Mihalko has been and may in the future be deprived of the care,

5

companionship, consortium and society of her husband, all of which will be to her great detriment, and claims is made therefore.

WHEREFORE Plaintiff Mary Ann S. Mihalko demands judgment in her favor and against Defendants The Walt Disney Co. and Disney Vacation Development, Inc., jointly and severally in an amount in excess of the jurisdictional limits of this Court.

Respectfully submitted,

QUINN LOGUE LLC

By:   _____

John E. Quinn, Esquire
*Counsel for Plaintiff*

Date:   May 30, 2019

6

WRIT OF SUMMONS IN CIVIL ACTION
NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO
TO DEFENDANT(S): You are notified that the plaintiff(s)
has/have commenced an action against you which you are
required to Defend.

Michael McGeever, Director, Department of Court
Records

Date 8/3/2017

Returnable            11/1/2017

## WRIT OF SUMMONS IN CIVIL ACTION

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| Plaintiff(s)<br>**Mihalko , Gregory**<br>**Mihalko , Mary Ann** | Case Number :<br>GD – 17 – 010946 |
|---|---|
| | Type of pleading:<br>**PRAECIPE FOR WRIT OF SUMMONS** |
| | Filed on behalf of:<br>**Gregory Mihalko**<br><br>**Matthew T. Logue**<br>(Name of the filing party) |
| Vs<br>Defendant(s)<br>**Disney Vacation Club Management Corporation**<br>**Disney Vacation Development Inc.**<br>**Disney's Vero Beach Resort**<br>**Walt Disney Parks & Resorts U.S. Inc.** | [X] Counsel of Record<br><br>[ ] Individual, If Pro Se |
| | Name, Address and Telephone Number :<br>**Matthew T. Logue**<br>**Quinn Logue LLC**<br>**200 First Avenue**<br>**Third Floor**<br>**Pittsburgh , PA 15222**<br>**412 765-3800** |
| | Attorney's State ID: 87416 |



**Michael McGeever, Director, Department of Court Records**

Simple Certified Mail

8/21/17, 2:13 PM

Quinn Logue LLC
Matthew Logue
200 1ST AVE FL 3
PITTSBURGH PA 15222-1512

US POSTAGE AND FEES PAID

**FIRST-CLASS**
Aug 21 2017
Mailed from ZIP 15222
1 oz First-Class Mail Letter

CID: 184301



071S00534813

endicia.com

**USPS CERTIFIED MAIL**

9414 8106 9994 5025 0336 79

Walt Disney Parks and Resorts U.S., Inc.
Manager/Agent
1375 E BUENA VISTA DR # 4
LAKE BUENA VISTA FL 32830-8402

FOLD ALONG THIS LINE

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| GREGORY A. MIHALKO and<br>MARY ANN MIHALKO,<br><br>     Plaintiffs,<br><br>     v.<br><br>DISNEY VACATION CLUB<br>MANAGEMENT CORP.; DISNEY<br>VACATION DEVELOPMENT, INC.;<br>DISNEY'S VERO BEACH RESORT;<br>and WALT DISNEY PARKS AND<br>RESORTS U.S., INC.<br><br>     Defendants. | CIVIL DIVISION<br><br>No. GD-17-010946<br><br>**AFFIDAVIT OF SERVICE ON<br>DEFENDANT WALT DISNEY PARKS<br>AND RESORTS U.S., INC.**<br><br>Filed on behalf of Plaintiffs GREGORY A.<br>MIHALKO and MARY ANN MIHALKO<br><br>Counsel of Record for Plaintiffs:<br><br>John E. Quinn, Esquire<br>Pa. ID No. 23268<br><br>Matthew T. Logue, Esquire<br>Pa. ID No. 87416<br><br>James R. Thornburg, Esquire<br>Pa. ID. No. 309578<br><br>QUINN LOGUE LLC<br>200 First Avenue, Third Floor<br>Pittsburgh, PA 15222<br>(412) 765-3800<br><br>**ELECTRONICALLY FILED** |

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY A. MIHALKO and<br>MARY ANN MIHALKO, | ) | CIVIL DIVISION |
| | ) | No. GD-17-010946 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISNEY VACATION CLUB | ) | |
| MANAGEMENT CORP.; DISNEY | ) | |
| VACATION DEVELOPMENT, INC.; | ) | |
| DISNEY'S VERO BEACH RESORT; | ) | |
| and WALT DISNEY PARKS AND | ) | |
| RESORTS U.S., INC. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE ON
## DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.

The undersigned is counsel of record for Plaintiff in the above-captioned matter. On August 21, 2017, said counsel caused to be transmitted, by a form of U.S. Postal Service Certified Mail delivery requiring a signed receipt, the Writ of Summons issued by the Department of Court Records for the above civil action to the following: Walt Disney Parks and Resorts U.S., Inc., 1375 East Buena Vista Drive #4, Lake Buena Vista, FL 32830-8402. A copy of said transmittal letter is attached as "Exhibit 1." Said counsel thereafter received, from the U.S. Postal Service, a Return Receipt indicating that the Writ of Summons was delivered and signed for on August 24, 2017 at 11:19 a.m. A copy of said Return Receipt is attached as "Exhibit 2."

The undersigned verifies that the statements made in this affidavit are true and correct to the best of my knowledge, information and belief. The undersigned understands that false statements made herein are subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

Date: October 23, 2017

QUINN LOGUE LLC

By: _James R. Thornburg_

James R. Thornburg, Esquire
*Counsel for Plaintiff*

# Exhibit 1

Simple Certified Mail                                                    8/21/17, 2:13 PM

Quinn Logue LLC
Matthew Logue
200 1ST AVE FL 3
PITTSBURGH PA 15222-1512

US POSTAGE AND FEES PAID
**FIRST-CLASS**
Aug 21 2017
Mailed from ZIP 15222
1 oz First-Class Mail Letter

CID: 184301



071S00534813



## USPS CERTIFIED MAIL

**9414 8106 9994 5025 0336 79**

Walt Disney Parks and Resorts U.S., Inc.
Manager/Agent
1375 E BUENA VISTA DR # 4
LAKE BUENA VISTA FL 32830-8402

FOLD ALONG THIS LINE

WRIT OF SUMMONS IN CIVIL ACTION
NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO
TO DEFENDANT(S): You are notified that the plaintiff(s)
has/have commenced an action against you which you are
required to Defend.

       Michael McGeever, Director, Department of Court
                  Records

Date <u>8/3/2017</u>
Returnable          <u>11/1/2017</u>

## WRIT OF SUMMONS IN CIVIL ACTION

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| Plaintiff(s)<br>**Mihalko , Gregory**<br>**Mihalko , Mary Ann** | Case Number :<br>GD – 17 – 010946 |
|---|---|
| | Type of pleading:<br>**PRAECIPE FOR WRIT OF SUMMONS** |
| | Filed on behalf of:<br>**Gregory Mihalko**<br><br>**Matthew T. Logue**<br>(Name of the filing party) |
| Vs<br>Defendant(s)<br>**Disney Vacation Club Management Corporation**<br>**Disney Vacation Development Inc.**<br>**Disney's Vero Beach Resort**<br>**Walt Disney Parks & Resorts U.S. Inc.** | [X] Counsel of Record<br><br>[ ] Individual, If Pro Se |
| | Name, Address and Telephone Number :<br>**Matthew T. Logue**<br>**Quinn Logue LLC**<br>**200 First Avenue**<br>**Third Floor**<br>**Pittsburgh , PA 15222**<br>**412 765-3800** |
| | Attorney's State ID: **87416** |



**Michael McGeever, Director, Department of Court Records**

# Exhibit 2


**UNITED STATES**
**POSTAL SERVICE**

Date: October 19, 2017

James Thornburg:

The following is in response to your October 19, 2017 request for delivery information on your Certified Mail™/RRE item number 94148106999945025033679.  The delivery record shows that this item was delivered on August 24, 2017 at 11:19 am in ORLANDO, FL 32836. The scanned image of the recipient information is provided below.

Signature of Recipient :

| Signature X | _Noomes_ |
|---|---|
| Printed Name | _Tcooms_ |

Address of Recipient :

| Delivery Address | _Disney_ |
|---|---|

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY A. MIHALKO and<br>MARY ANN MIHALKO, | ) | CIVIL DIVISION |
| | ) | No. GD-17-010946 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISNEY VACATION CLUB | ) | |
| MANAGEMENT CORP.; DISNEY | ) | |
| VACATION DEVELOPMENT, INC.; | ) | |
| DISNEY'S VERO BEACH RESORT; | ) | |
| and WALT DISNEY PARKS AND | ) | |
| RESORTS U.S., INC. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Affidavit of Service was served this date

on the following via First-Class U.S. Mail:

Disney Vacation Club Management Corp.
1390 Celebration Boulevard
Celebration, FL 34747-5166

Disney Vacation Development, Inc.
1390 Celebration Boulevard
Celebration, FL 34747-5166

Disney's Vero Beach Resort
9250 Island Grove Terrace
Vero Beach, FL 32963-4145

Walt Disney Parks and Resorts U.S., Inc.
1375 East Buena Vista Drive #4
Lake Buena Vista, FL 32830-8402

QUINN LOGUE, LLC

Date: October 23, 2017          By: _James R. Thornburg_

James R. Thornburg, Esquire
*Counsel for Plaintiff*

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

GREGORY A. MIHALKO and
MARY ANN MIHALKO,

      Plaintiffs,

      v.

DISNEY VACATION CLUB
MANAGEMENT CORP.; DISNEY
VACATION DEVELOPMENT, INC.;
DISNEY'S VERO BEACH RESORT;
and WALT DISNEY PARKS AND
RESORTS U.S., INC.

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL DIVISION

No. GD-17-010946

**AFFIDAVIT OF SERVICE ON
DEFENDANT DISNEY VACATION
CLUB MANAGEMENT CORP.**

Filed on behalf of Plaintiffs GREGORY A.
MIHALKO and MARY ANN MIHALKO

Counsel of Record for Plaintiffs:

John E. Quinn, Esquire
Pa. ID No. 23268

Matthew T. Logue, Esquire
Pa. ID No. 87416

James R. Thornburg, Esquire
Pa. ID. No. 309578

QUINN LOGUE LLC
200 First Avenue, Third Floor
Pittsburgh, PA 15222
(412) 765-3800

**ELECTRONICALLY FILED**

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

GREGORY A. MIHALKO and )   CIVIL DIVISION
MARY ANN MIHALKO, )
 )   No. GD-17-010946
     Plaintiffs, )
 )
     v. )
 )
DISNEY VACATION CLUB )
MANAGEMENT CORP.; DISNEY )
VACATION DEVELOPMENT, INC.; )
DISNEY'S VERO BEACH RESORT; )
and WALT DISNEY PARKS AND )
RESORTS U.S., INC. )
 )
     Defendants. )

## AFFIDAVIT OF SERVICE ON
## DEFENDANT DISNEY VACATION CLUB MANAGEMENT CORP.

The undersigned is counsel of record for Plaintiff in the above-captioned matter. On August 21, 2017, said counsel caused to be transmitted, by a form of U.S. Postal Service Certified Mail delivery requiring a signed receipt, the Writ of Summons issued by the Department of Court Records for the above civil action to the following: Disney Vacation Club Management Corp., 1390 Celebration Boulevard, Celebration, FL 34747-5166. A copy of said transmittal letter is attached as "Exhibit 1." Said counsel thereafter received, from the U.S. Postal Service, a Return Receipt indicating that the Writ of Summons was delivered and signed for on August 24, 2017 at 12:51 p.m. A copy of said Return Receipt is attached as "Exhibit 2."

The undersigned verifies that the statements made in this affidavit are true and correct to the best of my knowledge, information and belief. The undersigned understands that false statements made herein are subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

QUINN LOGUE LLC

Date: October 23, 2017       By: _James R. Thornburg_____

James R. Thornburg, Esquire
*Counsel for Plaintiff*

# Exhibit 1

Simple Certified Mail

8/21/17, 2:08 PM

Quinn Logue LLC
Matthew Logue
200 1ST AVE FL 3
PITTSBURGH PA 15222-1512

US POSTAGE AND FEES PAID
**FIRST-CLASS**
Aug 21 2017
Mailed from ZIP 15222
1 oz First-Class Mail Letter

CID: 184301



071S00534813

**USPS CERTIFIED MAIL**



**9414 8106 9994 5025 0335 63**

Disney Vacation Club Management Corp.
Manager/Agent
1390 CELEBRATION BLVD
CELEBRATION FL 34747-5166

FOLD ALONG THIS LINE

WRIT OF SUMMONS IN CIVIL ACTION
NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO
TO DEFENDANT(S): You are notified that the plaintiff(s)
has/have commenced an action against you which you are
required to Defend.

        Michael McGeever, Director, Department of Court
                 Records

Date 8/3/2017 ___
Returnable _____ 11/1/2017 _____

## WRIT OF SUMMONS IN CIVIL ACTION

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| Plaintiff(s)<br>**Mihalko , Gregory**<br>**Mihalko , Mary Ann** | Case Number :<br>GD - 17 - 010946 |
|---|---|
| | Type of pleading:<br>**PRAECIPE FOR WRIT OF SUMMONS** |
| | Filed on behalf of:<br>**Gregory Mihalko**<br><br>**Matthew T. Logue**<br>(Name of the filing party) |
| Vs<br>Defendant(s)<br>**Disney Vacation Club Management Corporation**<br>**Disney Vacation Development Inc.**<br>**Disney's Vero Beach Resort**<br>**Walt Disney Parks & Resorts U.S. Inc.** | [X] Counsel of Record<br>[ ] Individual, If Pro Se |
| | Name, Address and Telephone Number :<br>**Matthew T. Logue**<br>**Quinn Logue LLC**<br>**200 First Avenue**<br>**Third Floor**<br>**Pittsburgh , PA 15222**<br>**412 765-3800** |
| | Attorney's State ID: **87416** |



**Michael McGeever, Director, Department of Court Records**

# Exhibit 2



**UNITED STATES**
**POSTAL SERVICE**

Date: October 19, 2017

James Thornburg:

The following is in response to your October 19, 2017 request for delivery information on your Certified Mail™/RRE item number 9414810699945025033563.  The delivery record shows that this item was delivered on August 24, 2017 at 12:51 pm in KISSIMMEE, FL 34747. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| GREGORY A. MIHALKO and<br>MARY ANN MIHALKO,<br><br>      Plaintiffs,<br><br>      v.<br><br>DISNEY VACATION CLUB<br>MANAGEMENT CORP.; DISNEY<br>VACATION DEVELOPMENT, INC.;<br>DISNEY'S VERO BEACH RESORT;<br>and WALT DISNEY PARKS AND<br>RESORTS U.S., INC.<br><br>      Defendants. | CIVIL DIVISION<br><br>No. GD-17-010946 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Affidavit of Service was served this date

on the following via First-Class U.S. Mail:

Disney Vacation Club Management Corp.
1390 Celebration Boulevard
Celebration, FL 34747-5166

Disney Vacation Development, Inc.
1390 Celebration Boulevard
Celebration, FL 34747-5166

Disney's Vero Beach Resort
9250 Island Grove Terrace
Vero Beach, FL 32963-4145

Walt Disney Parks and Resorts U.S., Inc.
1375 East Buena Vista Drive #4
Lake Buena Vista, FL 32830-8402

Date: October 23, 2017

By: QUINN LOGUE, LLC

*James R. Thornburg, Esquire*
*Counsel for Plaintiff*

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| GREGORY A. MIHALKO and MARY ANN MIHALKO,<br><br>      Plaintiffs,<br><br>      v.<br><br>DISNEY VACATION CLUB MANAGEMENT CORP.; DISNEY VACATION DEVELOPMENT, INC.; DISNEY'S VERO BEACH RESORT; and WALT DISNEY PARKS AND RESORTS U.S., INC.<br><br>      Defendants. | CIVIL DIVISION<br><br>No. GD-17-010946<br><br>**AFFIDAVIT OF SERVICE ON DEFENDANT DISNEY VACATION DEVELOPMENT, INC.**<br><br>Filed on behalf of Plaintiffs GREGORY A. MIHALKO and MARY ANN MIHALKO<br><br>Counsel of Record for Plaintiffs:<br><br>John E. Quinn, Esquire<br>Pa. ID No. 23268<br><br>Matthew T. Logue, Esquire<br>Pa. ID No. 87416<br><br>James R. Thornburg, Esquire<br>Pa. ID. No. 309578<br><br>QUINN LOGUE LLC<br>200 First Avenue, Third Floor<br>Pittsburgh, PA 15222<br>(412) 765-3800<br><br>**ELECTRONICALLY FILED** |

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY A. MIHALKO and<br>MARY ANN MIHALKO, | ) | CIVIL DIVISION |
| | ) | No. GD-17-010946 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISNEY VACATION CLUB | ) | |
| MANAGEMENT CORP.; DISNEY | ) | |
| VACATION DEVELOPMENT, INC.; | ) | |
| DISNEY'S VERO BEACH RESORT; | ) | |
| and WALT DISNEY PARKS AND | ) | |
| RESORTS U.S., INC. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE ON
## DEFENDANT DISNEY VACATION DEVELOPMENT, INC.

The undersigned is counsel of record for Plaintiff in the above-captioned matter. On October 19, 2017, said counsel caused to be transmitted, by a form of Federal Express delivery requiring a signed receipt, the Writ of Summons issued by the Department of Court Records for the above civil action to the following: Disney Vacation Development, Inc., 1390 Celebration Boulevard, Celebration, FL 34747-5166. A copy of said transmittal letter is attached as "Exhibit 1." Said counsel thereafter received, from Federal Express, proof of delivery indicating that the Writ of Summons was delivered and signed for on October 23, 2017 at 9:56 a.m. A copy of said proof of delivery is attached as "Exhibit 2."

The undersigned verifies that the statements made in this affidavit are true and correct to the best of my knowledge, information and belief. The undersigned understands that false statements made herein are subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

Date: October 23, 2017

QUINN LOGUE LLC

By: _James R. Thornburg_

James R. Thornburg, Esquire
*Counsel for Plaintiff*

# Exhibit 1

# QUINN LOGUE LLC

200 FIRST AVENUE, THIRD FLOOR, PITTSBURGH, PA 15222

James R. Thornburg, Esquire                                    Phone: (412) 765-3800
Email: james@quinnlogue.com                                    Fax:    (866) 480-4630

October 19, 2017

**VIA FEDERAL EXPRESS (SIGNATURE REQUIRED)**

Disney Vacation Development, Inc.
1390 Celebration Boulevard
Celebration, FL 34747-5166

> Re:  Mihalko v. Disney Vacation Club Management Corporation, et al.
>      Court of Common Pleas of Allegheny County, Pennsylvania
>      No. GD-17-010946

Dear Sir or Madam:

Enclosed please your service copy of the Writ of Summons issued in the above-captioned civil action.

Very truly yours,

QUINN LOGUE LLC

James R. Thornburg

Enclosure

WRIT OF SUMMONS IN CIVIL ACTION
NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO
TO DEFENDANT(S): You are notified that the plaintiff(s)
has/have commenced an action against you which you are
required to Defend.

        Michael McGeever, Director, Department of Court
                  Records

Date <u>8/3/2017</u>
Returnable       <u>11/1/2017</u>

## WRIT OF SUMMONS IN CIVIL ACTION

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| Plaintiff(s)<br>**Mihalko , Gregory**<br>**Mihalko , Mary Ann** | Case Number :<br>GD - 17 - 010946 |
|---|---|
| | Type of pleading:<br>**PRAECIPE FOR WRIT OF SUMMONS** |
| | Filed on behalf of:<br>**Gregory Mihalko**<br><br>**Matthew T. Logue**<br>(Name of the filing party) |
| Vs<br>Defendant(s)<br>**Disney Vacation Club Management Corporation**<br>**Disney Vacation Development Inc.**<br>**Disney's Vero Beach Resort**<br>**Walt Disney Parks & Resorts U.S. Inc.** |    **X**  Counsel of Record<br><br>      Individual, If Pro Se |
| | Name, Address and Telephone Number :<br>**Matthew T. Logue**<br>**Quinn Logue LLC**<br>**200 First Avenue**<br>**Third Floor**<br>**Pittsburgh , PA 15222**<br>**412 765-3800** |
| | Attorney's State ID: **87416** |



**Michael McGeever, Director, Department of Court Records**

# Exhibit 2



October 23, 2017

Dear Customer:

The following is the proof-of-delivery for tracking number **770543312622**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | K.MULLINAX | **Delivery location:** | 1390 CELEBRATION BLVD |
| | | | CELEBRATION, FL 34747 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 23, 2017 09:56 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 770543312622 | **Ship date:** | Oct 19, 2017 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Disney Vacation Development, Inc.
1390 Celebration Boulevard
CELEBRATION, FL 34747 US

**Reference**

**Shipper:**
James Thornburg, Esquire
Quinn Logue LLC
200 First Avenue
Third Floor
PITTSBURGH, PA 15222 US
Mihalko

Thank you for choosing FedEx.

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

GREGORY A. MIHALKO and ) CIVIL DIVISION
MARY ANN MIHALKO, )
) No. GD-17-010946
Plaintiffs, )
)
v. )
)
DISNEY VACATION CLUB )
MANAGEMENT CORP.; DISNEY )
VACATION DEVELOPMENT, INC.; )
DISNEY'S VERO BEACH RESORT; )
and WALT DISNEY PARKS AND )
RESORTS U.S., INC. )
)
Defendants. )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Affidavit of Service was served this date

on the following via First-Class U.S. Mail:

Disney Vacation Club Management Corp.
1390 Celebration Boulevard
Celebration, FL 34747-5166

Disney Vacation Development, Inc.
1390 Celebration Boulevard
Celebration, FL 34747-5166

Disney's Vero Beach Resort
9250 Island Grove Terrace
Vero Beach, FL 32963-4145

Walt Disney Parks and Resorts U.S., Inc.
1375 East Buena Vista Drive #4
Lake Buena Vista, FL 32830-8402

QUINN LOGUE LLC

Date: October 23, 2017                    By: _____
James R. Thornburg, Esquire
*Counsel for Plaintiff*

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

|  |  |  |
|---|---|---|
| GREGORY A. MIHALKO and<br>MARY ANN MIHALKO,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY VACATION CLUB<br>MANAGEMENT CORP.; DISNEY<br>VACATION DEVELOPMENT, INC.;<br>DISNEY'S VERO BEACH RESORT;<br>and WALT DISNEY PARKS AND<br>RESORTS U.S., INC.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL DIVISION<br><br>No. GD-17-010946<br><br>**AFFIDAVIT OF SERVICE ON<br>DEFENDANT DISNEY'S VERO<br>BEACH RESORT**<br><br>Filed on behalf of Plaintiffs GREGORY A.<br>MIHALKO and MARY ANN MIHALKO<br><br>Counsel of Record for Plaintiffs:<br><br>John E. Quinn, Esquire<br>Pa. ID No. 23268<br><br>Matthew T. Logue, Esquire<br>Pa. ID No. 87416<br><br>James R. Thornburg, Esquire<br>Pa. ID. No. 309578<br><br>QUINN LOGUE LLC<br>200 First Avenue, Third Floor<br>Pittsburgh, PA 15222<br>(412) 765-3800<br><br>**ELECTRONICALLY FILED** |

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY A. MIHALKO and<br>MARY ANN MIHALKO, | ) | CIVIL DIVISION |
| | ) | |
| | ) | No. GD-17-010946 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISNEY VACATION CLUB | ) | |
| MANAGEMENT CORP.; DISNEY | ) | |
| VACATION DEVELOPMENT, INC.; | ) | |
| DISNEY'S VERO BEACH RESORT; | ) | |
| and WALT DISNEY PARKS AND | ) | |
| RESORTS U.S., INC. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE ON
## DEFENDANT DISNEY'S VERO BEACH RESORT

The undersigned is counsel of record for Plaintiff in the above-captioned matter. On August 21, 2017, said counsel caused to be transmitted, by a form of U.S. Postal Service Certified Mail delivery requiring a signed receipt, the Writ of Summons issued by the Department of Court Records for the above civil action to the following: Disney's Vero Beach Resort, 9250 Island Grove Terrace, Vero Beach, FL 32963-4145. A copy of said transmittal letter is attached as "Exhibit 1." Said counsel thereafter received, from the U.S. Postal Service, a Return Receipt indicating that the Writ of Summons was delivered and signed for on August 24, 2017 at 11:23 a.m. A copy of said Return Receipt is attached as "Exhibit 2."

The undersigned verifies that the statements made in this affidavit are true and correct to the best of my knowledge, information and belief. The undersigned understands that false statements made herein are subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

QUINN LOGUE LLC

Date: October 23, 2017                    By: _____
                                             James R. Thornburg, Esquire
                                             *Counsel for Plaintiff*

# Exhibit 1

Simple Certified Mail

8/21/17, 2:04 PM

Quinn Logue LLC
Matthew Logue
200 1ST AVE FL 3
PITTSBURGH PA 15222-1512

US POSTAGE AND FEES PAID
**FIRST-CLASS**
Aug 21 2017
Mailed from ZIP 15222
1 oz First Class Mail Letter

CID: 184301



endicia.com

071S00534813



**USPS CERTIFIED MAIL**

9414 8106 9994 5025 0334 88

Disney's Vero Beach Resort
Manager
9250 ISLAND GROVE TER
VERO BEACH FL 32963-4145

FOLD ALONG THIS LINE

WRIT OF SUMMONS IN CIVIL ACTION
NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO
TO DEFENDANT(S): You are notified that the plaintiff(s)
has/have commenced an action against you which you are
required to Defend.

      Michael McGeever, Director, Department of Court
                    Records

Date 8/3/2017

Returnable           11/1/2017

## WRIT OF SUMMONS IN CIVIL ACTION

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| Plaintiff(s)<br>**Mihalko , Gregory**<br>**Mihalko , Mary Ann** | Case Number :<br>GD - 17 - 010946 |
|---|---|
| | Type of pleading:<br>**PRAECIPE FOR WRIT OF SUMMONS** |
| | Filed on behalf of:<br>**Gregory Mihalko**<br><br>**Matthew T. Logue**<br>(Name of the filing party) |
| Vs<br>Defendant(s)<br>**Disney Vacation Club Management Corporation**<br>**Disney Vacation Development Inc.**<br>**Disney's Vero Beach Resort**<br>**Walt Disney Parks & Resorts U.S. Inc.** | ☒ Counsel of Record<br><br>☐ Individual, If Pro Se |
| | Name, Address and Telephone Number :<br>**Matthew T. Logue**<br>**Quinn Logue LLC**<br>**200 First Avenue**<br>**Third Floor**<br>**Pittsburgh , PA 15222**<br>**412 765-3800** |
| | Attorney's State ID: **87416** |



**Michael McGeever, Director, Department of Court Records**

# Exhibit 2

 **UNITED STATES**
**POSTAL SERVICE**

Date: October 18, 2017

James Thornburg:

The following is in response to your October 18, 2017 request for delivery information on your Certified Mail™/RRE item number 9414810699945025033488. The delivery record shows that this item was delivered on August 24, 2017 at 11:23 am in VERO BEACH, FL 32963. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

GREGORY A. MIHALKO and )   CIVIL DIVISION
MARY ANN MIHALKO, )
 )   No. GD-17-010946
      Plaintiffs, )
 )
      v. )
 )
DISNEY VACATION CLUB )
MANAGEMENT CORP.; DISNEY )
VACATION DEVELOPMENT, INC.; )
DISNEY'S VERO BEACH RESORT; )
and WALT DISNEY PARKS AND )
RESORTS U.S., INC. )
 )
      Defendants. )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Affidavit of Service was served this date

on the following via First-Class U.S. Mail:

> Disney Vacation Club Management Corp.
> 1390 Celebration Boulevard
> Celebration, FL 34747-5166
>
> Disney Vacation Development, Inc.
> 1390 Celebration Boulevard
> Celebration, FL 34747-5166
>
> Disney's Vero Beach Resort
> 9250 Island Grove Terrace
> Vero Beach, FL 32963-4145
>
> Walt Disney Parks and Resorts U.S., Inc.
> 1375 East Buena Vista Drive #4
> Lake Buena Vista, FL 32830-8402

QUINN LOGUE LLC

Date: October 23, 2017                    By: _James R. Thornburg_

James R. Thornburg, Esquire
*Counsel for Plaintiff*